IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Gregory Alan Krouse<br>Christina L. Krouse<br>Debtor(s) | BK NO. 20-03459 HWV<br><br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-4 and index same on the master mailing list.

Respectfully submitted,


/s/ Rebecca Solarz
Rebecca Solarz
09 Dec 2020, 16:15:46, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322