United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Gregory Alan Krouse  
Christina L. Krouse  
    Debtor(s)

Case No. 20-03459-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2  
Date Rcvd: Dec 29, 2020      Form ID: ntnew341      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Alan Krouse, Christina L. Krouse, 1329 Wanda Drive, Hanover, PA 17331-8649 |
| 5377855 | + | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 5377856 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5377857 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 5380881 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5377861 | + | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5377862 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5377864 | + | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 5377865 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5377871 | + | Weltman, Weinberg & Reis Co., LPA, 170 S Independence Mall W., Philadelphia, PA 19106-3323 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 29 2020 19:10:45 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5377858 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 19:13:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5380614 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 29 2020 19:13:52 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5377859 | + | Email/Text: BKBCNMAIL@carringtonms.com | Dec 29 2020 19:04:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 5377863 | | Email/Text: mrdiscen@discover.com | Dec 29 2020 19:04:00 | Discover Bank, PO Box 3008, New Albany, OH 43054-3008 |
| 5380428 | | Email/Text: mrdiscen@discover.com | Dec 29 2020 19:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5377860 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 29 2020 19:10:41 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 5381201 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 29 2020 19:13:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5377864 | + | Email/Text: Documentfiling@lciinc.com | Dec 29 2020 19:04:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 5377866 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 29 2020 19:05:00 | Midland Funding Llc, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5377867 | + | Email/Text: bankruptcy@prosper.com | Dec 29 2020 19:05:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5377868 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2020 19:12:18 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5378069 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2020 19:10:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5377869 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2020 19:10:33 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5377870 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 29 2020 19:13:49 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5380643 | | Email/Text: bankruptcytn@wakeassoc.com | Dec 29 2020 19:04:00 | CEP AMERICA LLC, WAKEFIELD & ASSOCIATES INC, PO BOX 50250, KNOXVILLE, TN 37950-0250 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-4 bkgroup@kmllawgroup.com |
| Stephen Wade Parker | on behalf of Debtor 1 Gregory Alan Krouse Mooneybkecf@gmail.com R61895@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 2 Christina L. Krouse Mooneybkecf@gmail.com R61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Gregory Alan Krouse, | Chapter | 13 |
| **Debtor 1** | | |
| Christina L. Krouse, | Case No. | 1:20−bk−03459−HWV |
| **Debtor 2** | | |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| 341 meeting by video conference, further details will be provided to you | Date: February 11, 2021 |
| | Time: 11:00 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DeborahGeorge, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 29, 2020 |

ntnew341 (04/18)