CHR CORP.
2295 SUSQUEHANNA TRAIL
York, PA 17404-8495



Pay Date: 11/27/2020
Voucher #: (736127)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christina Krouse | 1 | Checking | XXXXXXXXX1031 | 124071889 | 180.43 |

OP/RET/Ret Tm Membr  27593  11/27/2020  (736127)

**Christina Krouse**
1329 Wanda Drive
Hanover, PA 17331

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

**#27593 - Christina Krouse**  Voucher # (736127)  Pay Date: 11/27/2020
OP/RET/Ret Tm Membr  Pay Period: 11/16/2020-11/22/2020

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Retail Training | 12.50 | 12.20 | 152.50 | 152.50 |
| Rutter's Academy | 12.50 | 4.25 | 53.13 | 53.13 |
| **Gross Pay** | | | **205.63** | **205.63** |
| Hours Worked | | 16.45 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 205.63 | 205.63 | | |
| FICA | 205.63 | 205.63 | 12.75 | 12.75 |
| MEDI | 205.63 | 205.63 | 2.98 | 2.98 |
| SIT:PA | 205.63 | 205.63 | 6.31 | 6.31 |
| SUI:PA | 205.63 | 205.63 | 0.12 | 0.12 |
| Penn, Township | 205.63 | 205.63 | 0.98 | 0.98 |
| Penn, Township | 205.63 | 205.63 | 2.06 | 2.06 |
| **Total** | | | **25.20** | **25.20** |

| **Net Pay** | | | **180.43** | **180.43** |
|---|---|---|---|---|
| {AUTOGEN} (1031) | | | 180.43 | 180.43 |

### Tax Allowance Settings - Continued

Pennsylvania:  Allowances: 0
Tax PA SUI only on PA wages: TRUE

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Wed, 11/18/2020 | | 11:00a | 03:15p | 4.25 |
| Thu, 11/19/2020 | | 02:00p | 06:06p | 4.10 |
| Fri, 11/20/2020 | | 04:00p | 08:08p | 4.13 |
| Sat, 11/21/2020 | | 06:03p | 10:01p | 3.97 [1] |

### Accruals

| | Accrued | Taken | Bal. | Sch. | CO |
|---|---|---|---|---|---|
| PTO  Hrs: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Tax Allowance Settings

Federal:  Block W/H
-- More --

[1] CO = Carry Over

CHR CORP. 2295 SUSQUEHANNA TRAIL, York, PA 17404-8495                                      1 of 1

Case 1:20-bk-03459-HWV   Doc 23   Filed 02/04/21   Entered 02/04/21 11:25:45   Desc
Main Document     Page 1 of 7

**CHR CORP.**
2295 SUSQUEHANNA TRAIL
York, PA 17404-8495



Pay Date: 12/04/2020
Voucher #: (738293)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christina Krouse | 1 | Checking | XXXXXXXXX1031 | 124071889 | 102.68 |

OP/RET/Ret Tm Membr  27593  12/04/2020  (738293)

**Christina Krouse**
1329 Wanda Drive
Hanover, PA 17331

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

**#27593 - Christina Krouse**  Voucher # (738293)  Pay Date: 12/04/2020
**OP/RET/Ret Tm Membr**  Pay Period: 11/23/2020-11/29/2020

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Retail Training | 12.50 | 9.40 | 117.50 | 270.00 |
| Rutter's Academy | | | | 53.13 |
| **Gross Pay** | | | **117.50** | **323.13** |
| Hours Worked | | 9.40 | | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 117.50 | 323.13 | | |
| FICA | 117.50 | 323.13 | 7.28 | 20.03 |
| MEDI | 117.50 | 323.13 | 1.70 | 4.68 |
| SIT:PA | 117.50 | 323.13 | 3.61 | 9.92 |
| SUI:PA | 117.50 | 323.13 | 0.07 | 0.19 |
| Penn, Township | 117.50 | 323.13 | 0.98 | 1.96 |
| Penn, Township | 117.50 | 323.13 | 1.18 | 3.24 |
| **Total** | | | **14.82** | **40.02** |

| **Net Pay** | | | **102.68** | **283.11** |
|---|---|---|---|---|
| {AUTOGEN} (1031) | | | 102.68 | 283.11 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Fri, 11/27/2020 | | 02:56p | 07:12p | 4.27 |
| Sat, 11/28/2020 | | 01:57p | 07:05p | 5.13 |

**Accruals** [1]

| | Accrued | Taken | Bal. | Sch. | CO |
|---|---|---|---|---|---|
| PTO Hrs: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Tax Allowance Settings**

Federal: Block W/H
Pennsylvania: Allowances: 0
Tax PA SUI only on PA wages: TRUE

[1] CO = Carry Over

**CHR CORP.**
2295 SUSQUEHANNA TRAIL
York, PA 17404-8495



Pay Date: 12/11/2020
Voucher #: (740425)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christina Krouse | 1 | Checking | XXXXXXXXX1031 | 124071889 | 390.38 |

OP/RET/Ret Tm Membr   27593   12/11/2020   (740425)

**Christina Krouse**
1329 Wanda Drive
Hanover, PA 17331

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

#27593 - Christina Krouse          Voucher # (740425)          Pay Date: 12/11/2020
OP/RET/Ret Tm Membr                                            Pay Period: 11/30/2020-12/06/2020

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REG | 12.50 | 19.03 | 237.88 | 237.88 |
| Retail Training | 12.50 | 16.46 | 205.75 | 475.75 |
| Rutter's Academy | | | | 53.13 |
| **Gross Pay** | | | **443.63** | **766.76** |
| Hours Worked | | 35.49 | | |

**Tax Allowance Settings**

Federal:        Block W/H
Pennsylvania:   Allowances: 0
                Tax PA SUI only on PA wages: TRUE

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 443.63 | 766.76 | | |
| FICA | 443.63 | 766.76 | 27.51 | 47.54 |
| MEDI | 443.63 | 766.76 | 6.43 | 11.11 |
| SIT:PA | 443.63 | 766.76 | 13.62 | 23.54 |
| SUI:PA | 443.63 | 766.76 | 0.27 | 0.46 |
| Penn, Township | 443.63 | 766.76 | 0.98 | 2.94 |
| Penn, Township | 443.63 | 766.76 | 4.44 | 7.68 |
| **Total** | | | **53.25** | **93.27** |

| **Net Pay** | | **390.38** | **673.49** |
|---|---|---|---|
| {AUTOGEN} (1031) | | 390.38 | 673.49 |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 11/30/2020 | | 01:56p | 06:06p | 4.17 |
| Tue, 12/01/2020 | | 03:55p | 08:02p | 4.12 |
| Wed, 12/02/2020 | | 01:58p | 06:08p | 4.17 |
| Thu, 12/03/2020 | | 02:00p | 09:02p | 7.03 |
| Fri, 12/04/2020 | | 02:00p | 10:00p | 8.00 |
| Sun, 12/06/2020 | | 02:00p | 10:00p | 8.00 |

**Accruals** ¹

| | | Accrued | Taken | Bal. | Sch. | CO |
|---|---|---|---|---|---|---|
| PTO | Hrs: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

¹ CO = Carry Over

| | | | | | |
|---|---|---|---|---|---|
| **CHR CORP.** | | | | Pay Date: | 12/18/2020 |
| 2295 SUSQUEHANNA TRAIL | |  | | Voucher #: | (742486) |
| York, PA 17404-8495 | | | | | |

| **Deposited To The Account(s) Of** | **Deposit #** | **Account Type** | **Account #** | **Transit ABA** | **Deposit** |
|---|---|---|---|---|---|
| Christina Krouse | 1 | Checking | XXXXXXXXX1031 | 124071889 | 391.15 |

OP/RET/Ret Tm Membr   27593   12/18/2020   (742486)

**Christina Krouse**
1329 Wanda Drive
Hanover, PA 17331

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

| #27593 - Christina Krouse | Voucher # (742486) | Pay Date: 12/18/2020 |
|---|---|---|
| OP/RET/Ret Tm Membr | | Pay Period: 12/07/2020-12/13/2020 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REG | 12.50 | 31.59 | 394.88 | 632.76 |
| Retail Training | | | | 475.75 |
| Rutter's Academy | 12.50 | 3.97 | 49.63 | 102.76 |
| **Gross Pay** | | | **444.51** | **1,211.27** |
| Hours Worked | | 35.56 | | |

### Tax Allowance Settings

Federal: Block W/H
Pennsylvania: Allowances: 0
Tax PA SUI only on PA wages: TRUE

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 444.51 | 1,211.27 | | |
| FICA | 444.51 | 1,211.27 | 27.56 | 75.10 |
| MEDI | 444.51 | 1,211.27 | 6.45 | 17.56 |
| SIT:PA | 444.51 | 1,211.27 | 13.65 | 37.19 |
| SUI:PA | 444.51 | 1,211.27 | 0.27 | 0.73 |
| Penn, Township | 444.51 | 1,211.27 | 0.98 | 3.92 |
| Penn, Township | 444.51 | 1,211.27 | 4.45 | 12.13 |
| **Total** | | | **53.36** | **146.63** |

| **Net Pay** | | | **391.15** | **1,064.64** |
|---|---|---|---|---|
| {AUTOGEN} (1031) | | | 391.15 | 1,064.64 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 12/07/2020 | | 10:00p | 10:04p | 0.07 |
| Mon, 12/07/2020 | | 01:58p | 10:07p | 8.15 |
| Tue, 12/08/2020 | | 02:02p | 06:00p | 3.97 |
| Thu, 12/10/2020 | | 01:56p | 10:00p | 8.07 |
| Fri, 12/11/2020 | | 01:58p | 09:17p | 7.32 |
| Sun, 12/13/2020 | | 02:01p | 10:00p | 7.98 |

### Accruals [1]

| | | Accrued | Taken | Bal. | Sch. | CO |
|---|---|---|---|---|---|---|
| PTO | Hrs: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

[1] CO = Carry Over

| CHR CORP. | | |
|---|---|---|
| 2295 SUSQUEHANNA TRAIL | | Pay Date: 12/31/2020 |
| York, PA 17404-8495 | | Voucher #: (746733) |



| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christina Krouse | 1 | Checking | XXXXXXXXX1031 | 124071889 | 87.79 |

OP/RET/Ret Tm Membr  27593  12/31/2020  (746733)

**Christina Krouse**
1329 Wanda Drive
Hanover, PA 17331

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

**#27593 - Christina Krouse**    Voucher # (746733)    Pay Date: 12/31/2020
**OP/RET/Ret Tm Membr**                                Pay Period: 12/21/2020-12/27/2020

### Earnings

|  | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| HOL 2.0X | 25.00 | 3.97 | 99.25 | 99.25 |
| REG | 12.50 | 0.11 | 1.38 | 634.52 |
| Retail Training | | | | 475.75 |
| Rutter's Academy | | | | 102.76 |
| **Gross Pay** | | | **100.63** | **1,312.28** |
| Hours Worked | | 4.08 | | |

### Taxes Withheld

|  | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 100.63 | 1,312.28 | | |
| FICA | 100.63 | 1,312.28 | 6.24 | 81.36 |
| MEDI | 100.63 | 1,312.28 | 1.46 | 19.03 |
| SIT:PA | 100.63 | 1,312.28 | 3.09 | 40.29 |
| SUI:PA | 100.63 | 1,312.28 | 0.06 | 0.79 |
| Penn, Township | 100.63 | 1,312.28 | 0.98 | 5.24 |
| Penn, Township | 100.63 | 1,312.28 | 1.01 | 13.14 |
| **Total** | | | **12.84** | **159.85** |

| **Net Pay** | | **87.79** | **1,152.43** |
|---|---|---|---|
| {AUTOGEN} (1031) | | 87.79 | 1,152.43 |

### Timesheet

|  | Time Off | In | Out | Total |
|---|---|---|---|---|
| Fri, 12/25/2020 | | 06:02p | 10:07p | 4.08 |

### Accruals

|  |  | Accrued | Taken | Bal. | Sch. | CO |
|---|---|---|---|---|---|---|
| PTO | Hrs: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

[1]  CO = Carry Over

### Tax Allowance Settings

Federal:       Block W/H
Pennsylvania:  Allowances: 0
               Tax PA SUI only on PA wages: TRUE

| CHR CORP. | | |
|---|---|---|
| 2295 SUSQUEHANNA TRAIL |  | **Pay Date:** 01/08/2021 |
| York, PA 17404-8495 | | **Voucher #:** (750865) |

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christina Krouse | 1 | Checking | XXXXXXXXX1031 | 124071889 | 180.41 |

OP/RET/Ret Tm Membr  27593  01/08/2021  (750865)

**Christina Krouse**
1329 Wanda Drive
Hanover, PA 17331

### NON-NEGOTIABLE - THIS IS NOT A CHECK

**#27593 - Christina Krouse**  Voucher # (750865)  Pay Date: 01/08/2021
**OP/RET/Ret Tm Membr**   Pay Period: 12/28/2020-01/03/2021

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REG | 12.50 | 16.45 | 205.63 | 205.63 |
| **Gross Pay** | | | **205.63** | **205.63** |
| Hours Worked | | 16.45 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 205.63 | 205.63 | | |
| FICA | 205.63 | 205.63 | 12.75 | 12.75 |
| MEDI | 205.63 | 205.63 | 2.98 | 2.98 |
| SIT:PA | 205.63 | 205.63 | 6.31 | 6.31 |
| SUI:PA | 205.63 | 205.63 | 0.12 | 0.12 |
| Penn, Township | 205.63 | 205.63 | 1.00 | 1.00 |
| Penn, Township | 205.63 | 205.63 | 2.06 | 2.06 |
| **Total** | | | **25.22** | **25.22** |

| **Net Pay** | | | **180.41** | **180.41** |
|---|---|---|---|---|
| {AUTOGEN} (1031) | | | 180.41 | 180.41 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 12/28/2020 | | 01:58p | 10:04p | 8.10 |
| Sat, 01/02/2021 | | 01:57p | 10:18p | 8.35 |

### Accruals

| | | Accrued | Taken | Bal. | Sch. | CO[1] |
|---|---|---|---|---|---|---|
| PTO | Hrs: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Tax Allowance Settings

Federal:   Block W/H
Pennsylvania:   Allowances: 0
  Tax PA SUI only on PA wages: TRUE

[1] CO = Carry Over



**CHR CORP.**
2295 SUSQUEHANNA TRAIL
York, PA 17404-8495

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| Christina Krouse | 1 | Checking | XXXXXXXXX1031 | 124071889 | 311.08 |

OP/RET/Ret Tm Membr   27593   01/15/2021   (752943)

**Christina Krouse**
1329 Wanda Drive
Hanover, PA 17331

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

| #27593 - Christina Krouse | Voucher # (752943) | Pay Date: 01/15/2021 |
|---|---|---|
| OP/RET/Ret Tm Membr | | Pay Period: 01/04/2021-01/10/2021 |

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| REG | 12.50 | 28.30 | 353.75 | 559.38 |
| **Gross Pay** | | | **353.75** | **559.38** |
| Hours Worked | | 28.30 | | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 353.75 | 559.38 | | |
| FICA | 353.75 | 559.38 | 21.93 | 34.68 |
| MEDI | 353.75 | 559.38 | 5.13 | 8.11 |
| SIT:PA | 353.75 | 559.38 | 10.86 | 17.17 |
| SUI:PA | 353.75 | 559.38 | 0.21 | 0.33 |
| Penn, Township | 353.75 | 559.38 | 1.00 | 2.00 |
| Penn, Township | 353.75 | 559.38 | 3.54 | 5.60 |
| **Total** | | | **42.67** | **67.89** |

| **Net Pay** | | | **311.08** | **491.49** |
|---|---|---|---|---|
| {AUTOGEN} (1031) | | | 311.08 | 491.49 |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Tue, 01/05/2021 | | 02:59p | 09:08p | 6.15 |
| Wed, 01/06/2021 | | 02:00p | 10:00p | 8.00 |
| Fri, 01/08/2021 | | 02:00p | 10:02p | 8.03 |
| Sat, 01/09/2021 | | 01:57p | 08:04p | 6.12 [1] |

### Accruals

| | | Accrued | Taken | Bal. | Sch. | CO |
|---|---|---|---|---|---|---|
| PTO | Hrs: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Tax Allowance Settings

| Federal: | Block W/H |
| Pennsylvania: | Allowances: 0 |
| | Tax PA SUI only on PA wages: TRUE |

[1] CO = Carry Over