United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Gregory Alan Krouse  
Christina L. Krouse  
    Debtors

Case No. 20-03459-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Feb 03, 2021      Form ID: ntnew341      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory Alan Krouse, Christina L. Krouse, 1329 Wanda Drive, Hanover, PA 17331-8649 |
| 5377855 | + | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 5383639 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5377856 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5377857 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 5380881 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5377861 | + | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5377862 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5385913 | | Emergency Physician Associate of PA, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5382240 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5377865 | + | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5377871 | + | Weltman, Weinberg & Reis Co., LPA, 170 S Independence Mall W., Philadelphia, PA 19106-3334 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2021 20:16:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5377858 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 03 2021 20:16:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5380614 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 03 2021 20:16:06 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5377859 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 03 2021 20:11:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 5386199 | + | Email/Text: BKBCNMAIL@carringtonms.com | Feb 03 2021 20:11:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 5377861 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2021 20:29:57 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 5377862 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 03 2021 20:29:31 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 5377863 | | Email/Text: mrdiscen@discover.com | Feb 03 2021 20:11:00 | Discover Bank, PO Box 3008, New Albany, OH 43054-3008 |
| 5380428 | | Email/Text: mrdiscen@discover.com | Feb 03 2021 20:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 5377860 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 03 2021 20:16:13 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

| | | | | |
|---|---|---|---|---|
| 5381201 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 03 2021 20:16:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5377864 | + | Email/Text: Documentfiling@lciinc.com | Feb 03 2021 20:11:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 5377866 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 03 2021 20:11:00 | Midland Funding Llc, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5388477 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 03 2021 20:16:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5377867 | + | Email/Text: bankruptcy@prosper.com | Feb 03 2021 20:11:00 | Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 5377868 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2021 20:16:10 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5378069 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2021 20:16:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5377869 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2021 20:16:10 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 5377870 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 03 2021 20:16:06 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5380643 | | Email/Text: bankruptcytn@wakeassoc.com | Feb 03 2021 20:11:00 | CEP AMERICA LLC, WAKEFIELD & ASSOCIATES INC, PO BOX 50250, KNOXVILLE, TN 37950-0250 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Deutsche Bank National Trust Company as Indenture Trustee, for New Century Home Equity Loan Trust 2005-4 bkgroup@kmllawgroup.com |
| Stephen Wade Parker | |

|   |   |
|---|---|
|   | on behalf of Debtor 1 Gregory Alan Krouse Mooneybkecf@gmail.com R61895@notify.bestcase.com |
| Stephen Wade Parker | on behalf of Debtor 2 Christina L. Krouse Mooneybkecf@gmail.com R61895@notify.bestcase.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Gregory Alan Krouse,

**Debtor 1**

Christina L. Krouse,

**Debtor 2**

Chapter 13

Case No. 1:20−bk−03459−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, further details will be provided to you | Date: March 11, 2021 |
| --- | --- |
| | Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DeborahGeorge, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: February 3, 2021

ntnew341 (04/18)