IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GREGORY A. KROUSE      CHAPTER 13
       CHRISTINA L. KROUSE      CASE NO.: 1:20-bk-03459

NOTICE OF ENTRY OF APPEARANCE
AND REQUEST FOR SERVICE OF PAPERS

    Kindly enter my appearance on behalf of Debtors Gregory A. Krouse and Christina L. Krouse for the above referenced case.

                                        **By: /s/ Nicholas G. Platt**
                                        Nicholas G. Platt 327239
                                        MOONEY LAW
                                        230 York Street
                                        Hanover, PA 17331
                                        ngp@mooney4law.com
                                        (717) 632-4656 Phone
                                        (717) 632-3612 Fax

Dated: February 8, 2021