# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Gregory Alan Krouse / Christina L. Krouse**     Case No. **1:20-bk-03459**
Debtor(s)     Chapter **13**

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS
*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, **Gregory Alan Krouse**, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on **May 26, 2021**.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event that any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: **May 13, 2021**     BY: **/s/ Nicholas G. Platt**
                                        **Nicholas G. Platt 327239**
                                        Counsel for Debtor

DATED: **May 13, 2021**     BY: **/s/ Gregory Alan Krouse**
                                        **Gregory Alan Krouse**
                                        Debtor

Rev. 03/01/13

LOCAL BANKRUPTCY FORM 3015-3(a)

## United States Bankruptcy Court
### Middle District of Pennsylvania

In re  **Gregory Alan Krouse**
       **Christina L. Krouse**
                        Debtor(s)

Case No.  **1:20-bk-03459**
Chapter   **13**

## CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS

*If a joint petition is filed, each spouse must complete and file a separate certification.*

I, **Christina L. Krouse**, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on **May 26, 2021**.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. Section 1308 have been filed.

4. If the confirmation hearing date stated in Paragraph 1 is adjourned for any reason, that an updated Certification will be filed with the Court prior to any subsequent confirmation hearing date in the event that any of the information contained in this Certification changes.

5. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: **May 13, 2021**        BY:   **/s/ Nicholas G. Platt**
                                     **Nicholas G. Platt 327239**
                                     Counsel for Debtor

DATED: **May 13, 2021**        BY:   **/s/ Christina L. Krouse**
                                     **Christina L. Krouse**
                                     Debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Case 1:20-bk-03459-HWV    Doc 43    Filed 05/18/21    Entered 05/18/21 13:08:48    Desc
                         Main Document    Page 2 of 2