UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GREGORY ALAN KROUSE

CHRISTINA L. KROUSE

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.

GREGORY ALAN KROUSE
  CHRISTINA L. KROUSE

        Respondent(s)

CHAPTER 13

CASE NO: 1-20-03459-HWV

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on August 12, 2021, Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney James K. Jones, Esquire moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   August 12, 2021                             Respectfully submitted,

                                                                       /s/   James K. Jones, Esquire
                                                                       ID:  39031
                                                                       Attorney for Movant
                                                                       Jack N. Zaharopoulos
                                                                       Standing Chapter 13 Trustee
                                                                      8125 Adams Drive, Suite A
                                                                       Hummelstown, PA 17036
                                                                       Phone:  (717) 566-6097
                                                                       Fax:  (717) 566-8313
                                                                       eMail:  jjones@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     GREGORY ALAN KROUSE
             CHRISTINA L. KROUSE              CHAPTER 13

                       Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE                    CASE NO: 1-20-03459-HWV
                       Movant

## **NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> September 8, 2021 at 09:35 AM
> Bankruptcy Courtroom
> Ronald Reagan Federal Bldg
> 3rd Floor, 228 Walnut Street
> Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

> **AMOUNT DELINQUENT AS OF LAST MONTH: $ 4630.00**
> **AMOUNT DUE FOR THIS MONTH: $2315.00**
> **TOTAL AMOUNT DUE BEFORE HEARING DATE: $6945.00**

**NOTE:**
     **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

     **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

     If **submitting payment by U.S. First Class Mail** mail to:
         **JACK N. ZAHAROPOULOS, PO BOX 6008, MEMPHIS, TN 38101-6008**

     If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

Case 1:20-bk-03459-HWV    Doc 46    Filed 08/12/21    Entered 08/12/21 11:02:35    Desc
Page 2 of 5

3.  You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  August 12, 2021

eMail:  info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GREGORY ALAN KROUSE

CHRISTINA L. KROUSE        CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS        CASE NO: 1-20-03459-HWV
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 12, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties.

Served Electronically

NICHOLAS G PLATT, ESQUIRE        UNITED STATES TRUSTEE
MOONEY LAW        SUITE 1190
230 YORK STREET        228 WALNUT STREET
HANOVER, PA 17331-        HARRISBURG, PA 17101

Served by First Class Mail

GREGORY ALAN KROUSE
CHRISTINA L. KROUSE
1329 WANDA DRIVE
HANOVER, PA 17331

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 12, 2021        Bobbie Weigel
       for Jack N. Zaharopoulos, Trustee
       Suite A, 8125 Adams Dr.
       Hummelstown, PA 17036
       Phone: (717) 566-6097
       eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: GREGORY ALAN KROUSE
CHRISTINA L. KROUSE

      CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant     CASE NO: 1-20-03459-HWV

vs.

GREGORY ALAN KROUSE     MOTION TO DISMISS
CHRISTINA L. KROUSE

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.