Check No. 2017230

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 19-04665-MJC | 999-0 | ROSANNE HALVEY-LEONE - DECEASED<br>Original Check written to:<br>ROSANNE HALVEY-LEONE - DECEASED<br>PO BOX 344<br>MOUNTAINHOME, PA 18342-0344 | | 0.00 | 8,464.78 | 0.00 | 8,464.78 |
| 20-00445-MJC | 999-0 | MEGAN DANIELLE WORZEL<br>Original Check written to:<br>MEGAN DANIELLE WORZEL<br>112 MAPLE CIRCLE<br>GREENTOWN, PA 18426 | | 0.00 | 10.57 | 0.00 | 10.57 |
| 20-03459-HWV | 999-0 | GREGORY ALAN KROUSE<br>Original Check written to:<br>GREGORY ALAN KROUSE and CHRISTINA L. KROUSE<br>1329 WANDA DRIVE<br>HANOVER, PA 17331 | | 0.00 | 1,504.48 | 0.00 | 1,504.48 |
| 21-00473-MJC | 999-0 | DOREEN ZERBLAS<br>Original Check written to:<br>DOREEN ZERBLAS<br>2750 RANSOM ROAD<br>CLARKS SUMMIT, PA 18411 | | 0.00 | 23.93 | 0.00 | 23.93 |
| 21-01409-MJC | 999-0 | JOHN M. WAGNER, JR.<br>Original Check written to:<br>JOHN M. WAGNER, JR.<br>14 WEST SAVORY STREET<br>POTTSVILLE, PA 17901 | | 0.00 | 658.49 | 0.00 | 658.49 |